2009-62478
FILED
April 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002561961

SUSAN S. DAVIS (STATE BAR NO. 125854)
COX, CASTLE & NICHOLSON LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90067-3284
Telephone: (310) 277-4222
Facsimile: (310) 277-7889
E-mails: sdavis@coxcastle.com

Attorneys for Secured Creditor
FNBN-RESCON I LLC

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re<br><br>JAMES JOHN WALCOTT,<br><br>Debtor. | Case No. 09-62478-B-7<br><br>**DC No. SSD-1**<br><br>CHAPTER 7<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Date: April 14, 2010<br>Time: 11:00 a.m.<br>Place: United States Bankruptcy Court<br>Eastern District, Fresno Division<br>2500 Tulare Street, Suite 2501<br>Fresno, CA 93721-1328<br>Judge: Hon. W. Richard Lee |

A hearing was held on April 14, 2010, at 11:00 a.m., before the Honorable W. Richard Lee on the Motion for Relief from the Automatic Stay (the "Motion"), brought by secured creditor FNBN-RESCON I LLC ("FNBN"), as successor-in-interest to the Federal Deposit Insurance Corporation as receiver for First National Bank of Nevada.

Upon consideration of the Motion and all pleadings and papers submitted in support of the Motion, and the record in this case, the Court finding that notice of the Motion was sufficient and proper, no opposition was filed and other good cause appearing under 11 U.S.C. § 362(d)(1) and (2);

RECEIVED
April 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002561961

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted without oral argument for cause shown.

2. The automatic stay in this case modified and terminated to allow FNBN to exercise its state law rights and remedies, ~~including foreclosing on and obtaining possession of~~ with regard to the real property located at 1620 Pawnee Drive, South Lake Tahoe, California (the "Property") in accordance with non-bankruptcy law, and preserving and protecting the Property pending the completion of ~~the foreclosure sale~~ those remedies, but not pursuing any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

3. The bankruptcy proceeding has been finalized for purposes of California Civil Code § 2923.5.

4. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: April 23, 2010

*/s/ W. Richard Lee*
W. Richard Lee
United States Bankruptcy Judge

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

59672\1450591v1

-2-

ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY

PROOF OF SERVICE AND CERTIFICATION

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 28th Floor, Los Angeles, California 90067-3284.

☐ (FOR MESSENGER) My business address is Nationwide Legal, 316 West 2nd Street, Suite 705, Los Angeles, CA 90012.

On April 15, 2010, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on ALL INTERESTED PARTIES in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

On the above date:

☒ (BY ☒ U.S. MAIL/BY ☐ EXPRESS MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with Cox, Castle & Nicholson LLP's practice for collection and processing of documents for mailing with the United States Postal Service and that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.

☐ (BY FEDERAL EXPRESS OR OTHER OVERNIGHT SERVICE) I deposited the sealed envelope in a box or other facility regularly maintained by the express service carrier or delivered the sealed envelope to an authorized carrier or driver authorized by the express carrier to receive documents.

☐ (BY FACSIMILE TRANSMISSION) On _____, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document on the above-stated addressee by facsimile transmission pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was (___) ___-____, and the telephone number of the receiving facsimile number was (___) ___-____. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error. Copies of the facsimile transmission cover sheet and the transmission report are attached to this proof of service.

☐ (BY E-MAIL OR ELECTRONIC TRANSMISSION) - On _____, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document by electronic mail to the e-mail address of the addressee(s) pursuant to Rule 2.260 of the California Rules of Court. The transmission was complete and without error and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY PERSONAL DELIVERY) By causing a true copy of the within document(s) to be personally hand-delivered to the office(s) of the addressee(s) set forth above, on the date set forth above.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby certify that the above document was printed on recycled paper. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2010, at Los Angeles, California.

_____
Fay Brown

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

59672\1450591v1

PROOF OF SERVICE

## SERVICE LIST

*In re James John Walcott, Debtor*
Chapter 7 Case No. 09-62478-B-7

*Debtor*
James John Walcott, Pro Se
833 W. Shields
Fresno, CA 93705

*Chapter 7 Trustee*
Sheryl Ann Strain
1875 E. Alluvial #101
Fresno, CA 93720

*United States Trustee*
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

59672\1450591v1

PROOF OF SERVICE